# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IVONNE ARCAN BLANCO, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-4244** |
| | : | |
| ERIC JORDAN, et al. | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 26 day of September, 2019, upon consideration of Plaintiff Ivonne

Arcan Blanco's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2)

it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    The Complaint is **DEEMED** filed.

    3.    The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's

Memorandum.

    3.    Blanco may file an amended complaint within thirty (30) days of the date of this

Order. Any amended complaint must identify all defendants in the caption of the amended

complaint in addition to identifying them in the body of the amended complaint and shall state

the basis for Blanco's claims against each defendant. The amended complaint shall be a

complete document that does not rely on the initial Complaint or other papers filed in this case to

state a claim. When drafting the amended complaint, Blanco should be mindful of the Court's

reasons for dismissing the claims in the initial Complaint as explained in the Court's

Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until

so **ORDERED** by the Court.

4.    The Clerk of Court is **DIRECTED** to send Blanco a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number.  Blanco may use this form to file the amended complaint.

5.    If Blanco fails to file an amended complaint in accordance with this Order, this case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

_____

**CHAD F. KENNEY, J.**